IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No: 2-08-CR-013 |
| | § | |
| JACK EARL ROBINSON (1) | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Receipt of Child Pornography and Aiding & Abetting
(18 U.S.C. §§ 2252A(a)(2)(A) and 2)

From in or about 2006, and continuing until on or about February 27, 2007, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Jack Earl Robinson**, defendant, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is: computer graphic images depicting children under the age of eighteen (18) years engaging in sexually explicit conduct, and which images were received by the defendant from the Internet, and downloaded to his computer.

All in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2.

<u>Count Two</u>
Possession of Child Pornography and Aiding & Abetting
(18 U.S.C. §§ 2252A(a)(5)(B) and 2)

From in or about 2006, and continuing until on or about February 27, 2007, within the Amarillo Division of the Northern District of Texas, and elsewhere, the defendant, **Jack Earl Robinson**, knowingly possessed books, magazines, periodicals, films, videotapes, computer disks, or other material which contained images of child pornography as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate or foreign commerce by any means, including by computer, and that were produced using materials that had been mailed or shipped or transported by any means, including by computer.

In violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2.

A TRUE BILL:

_____
FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

_____
CHRISTY L. DRAKE
Assistant United States Attorney
Texas State Bar No. 06104500
christy.drake@usdoj.gov
500 S. Taylor, Suite 300, LB 238
Amarillo, Texas  79101
Tel.:  806.324.2356
Fax:  806.324.2399

**Indictment – Page 2**
M:G-C/ROBINSON.2252.IND.WPD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

VS.

JACK EARL ROBINSON (1)

INDICTMENT

18 U.S.C. §§ 2252A(a)(2)(A) and 2
Receipt of Child Pornography and
Aiding & Abetting

18 U.S.C. §§ 2252A(a)(5)(B) and 2
Possession of Child Pornography and
Aiding & Abetting

( 2 Counts)

A true bill rendered:

---

**AMARILLO**

Filed in open court this 19ᵗʰ day of February, A.D. 2008.

Sharon Saulz   Deputy   Clerk

Warrant to Issue Defendant.

Mary Lou Johnson

UNITED STATES DISTRICT JUDGE
NO PENDING CRIMINAL COMPLAINT

Indictment Cover - Page 2
M:G-C/ROBINSON.2252.ICO.WPD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number    N/A

R 20 from District of    N/A

Magistrate Case Number    N/A

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes ☒ No

   ___ Summons  _X_ Warrant  ___ In Custody

   **2-08-CR-013**

   Defendant Name    Jack Earl Robinson (1)

   Alias Name    _____

   Address    _____

   County in which offense was committed:    Hutchinson Cnty

2. **U.S. Attorney Information**

   AUSA    Christy Drake    Bar #    06104500

3. **Interpreter**

   ☐ Yes  ☐ No    If Yes, list language and/or dialect: _____

4. **Location Status**

   Arrest Date _____

   ☐ Already in Federal Custody as of _____ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:    2    ☐ Petty  ☐ Misdemeanor  ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 USC §§2252A(a)(2)(A) & 2 | Receipt of Child Pornography and Aiding & Abetting | 1 |
   | 18 USC §§2252A(a)(5)(B) & 2 | Possession of Child Pornography and Aiding & Abetting | 2 |

   (May be continued on reverse)

   Date    2-14-08    Signature of AUSA:    /s/ Christy L. Drake